UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES IRVING DALE, BRIAN MICHAEL HOLZER, MICHAEL EUGENE KOCH, DEMETRIUS PETRO COLAITES, TREVOR JOHN ERICKSON, GUY ALLEN BLESI, KEVIN CHRISTOPHER CRANK, JAMES EDWARD HAYES, EDWARD EUGENE DARITY, JOSIA JEREMIAH FUERST, ROBERT EUGENE BLACKWELL, JEFFERY JACOB-DANIEL KLINGHAGEN, DENNIS LOUIS STANISH, II, UNKNOWN MIKE DURFEE STATE PRISON INMATES, | 4:15-CV-04103-LLP |
| Plaintiffs, | |
| vs. | ORDER |
| DENNIS KAEMINGK, SOUTH DAKOTA SECRETARY OF CORRECTIONS; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT DOOLEY, WARDEN AT MDSP AND THE DIRECTOR OF PRISON OPERATIONS FOR THE SOUTH DAKOTA DOC; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JOSHUA KLIMEK, UNIT MANAGER AT MDSP; IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; TAMMY DEJONG, UNIT COORDINATOR AT MDSP; IN HER INDIVIDUAL AND OFFICIAL CAPACITY; SUSAN JACOBS, ASSOCIATE WARDEN AT MDSP; IN HER INDIVIDUAL AND OFFICIAL CAPACITY; REBECCA SCHIEFFER, ASSOCIATE WARDEN AND THE ADMINISTRATIVE REMEDY COORDINATOR AT MDSP; IN HER | |

INDIVIDUAL AND OFFICIAL CAPACITY;
JENNIFER STANWICK, DEPUTY
WARDEN AT MDSP; IN HER
INDIVIDUAL AND OFFICIAL CAPACITY;
MICHAEL DOYLE, CORRECTIONAL
OFFICER, WITH THE RANK MAJOR, AT
MDSP; IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JEREMY
LARSON, CORRECTIONAL OFFICER,
WITH THE RANK SERGEANT, AND THE
DISCIPLINARY HEARING OFFICER AT
MDSP; IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; COREY TYLER,
CORRECTIONAL OFFICER, WITH THE
RANK SERGEANT, AT MDSP; IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
MICHAEL MEYER, CORRECTIONAL
OFFICER AT MDSP; IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
KELLY TJEERDSMA, CORRECTIONAL
OFFICER, WITH THE RANK
CORPORAL, AT MDSP; IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITY;
LORI DROTZMAN, GENERAL
EDUCATION DIPLOMA TEACHER,
WHO ALSO IS IN CHARGE OF THE
LAW LIBRARY AT MDSP; IN HER
INDIVIDUAL AND OFFICIAL CAPACITY;
MICHAEL JOE HANVEY, PHYSICIANS
ASSISTANT AND HEALTH CARE
PROVIDER AT MDSP; IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
ANDRA GATES, NURSING
SUPERVISOR AND HEALTH CARE
PROVIDER AT MDSP; IN HER
INDIVIDUAL AND OFFICIAL CAPACITY;
KELLY SWANSON, HEALTH SERVICES
SUPERVISOR AT MDSP; IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITY;
STEPHANIE HAMILTON, NURSE AT
MDSP; IN HER INDIVIDUAL AND
OFFICIAL CAPACITY; MARY
CARPENTER, EMPLOYEE OF THE
SOUTH DAKOTA DEPARTMENT OF
HEALTH AND ASSISTS WITH INMATE

2

HEALTH CARE DECISIONS FOR
INMATES INCARCERATED AT MDSP;
IN HER INDIVIDUAL AND OFFICIAL
CAPACITY; BARRY SCHROETER,
SUPERVISOR FOR CBM
CORRECTIONAL FOOD SERVICES AT
MDSP; IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JENNIFER
BENBOON, DIETITIAN EMPLOYED BY
CBM CORRECTIONAL FOOD
SERVICES; IN HER INDIVIDUAL AND
OFFICIAL CAPACITY;  CBM
CORRECTIONAL FOOD SERVICES,
PRIVATE FOR PROFIT COMPANY
CONTRACTED BY THE SOUTH
DAKOTA DOC TO PROVIDE MEALS TO
INMATES INCARCERATED AT MDSP;
DELMAR SONNY WALTERS,
ATTORNEY AT LAW CONTRACTED BY
THE SOUTH DAKOTA DOC TO
PROVIDE LEGAL SERVICES TO
INMATES INCARCERATED AT MDSP;
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY;  UNKNOWN DEPARTMENT
OF CORRECTIONS EMPLOYEES,
CORRECTIONAL OFFICERS
EMPLOYED BY THE SOUTH DAKOTA
DOC WHO WORK AT MDSP;
UNKNOWN DEPARTMENT OF
CORRECTIONS HEALTH SERVICES
STAFF, HEALTH SERVICES
DEPARTMENT STAFF EMPLOYED BY
THE SOUTH DAKOTA DOC TO
PROVIDE HEALTH CARE FOR
INMATES INCARCERATED AT MDSP;
AND  UNKNOWN CBM CORRECTIONAL
FOOD SERVICES EMPLOYEES,
EMPLOYEES OF CBM CORRECTIONAL
FOOD SERVICES AT MDSP;

Defendants.

Pending before the District Court is Plaintiff James Irving Dale's Motion

to Reconsider this court's order dated June 3, 2015 (Doc. 22).

3

Mr. Dale has now also filed a Motion for Class Action Certification (Doc. 23) and a Motion to Appoint Counsel (Doc. 24). Any such motions are premature until (1) Judge Piersol issues his ruling on the pending motion to reconsider and (2) plaintiffs' complaint is screened as is required by 28 U.S.C. § 1915(e)(2). Accordingly, it is hereby

ORDERED that the Motion for Class Certification (Doc. 23) and Motion to Appoint Counsel (Doc. 24) are denied, without prejudice, as premature. Mr. Dale may refile these motions in the future *after* Judge Piersol rules on the pending motion for reconsideration and *after* screening of plaintiffs' complaint is conducted pursuant to § 1915(e)(2).

DATED this 23rd day of June, 2015.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge

4